JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA CENDEJAS DUARTE,<br><br>          Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>          Defendant. | Case No. CV 20-10163-SK<br><br>**JUDGMENT** |

     **IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.


DATED:  August 8, 2022                               

                                        HON. STEVE KIM
                                        U.S. MAGISTRATE JUDGE